11-28-15

To Whom this may Concern

   I am writing to notify the court of appeals that my mother filed for a Extention to file a PDr due to the fact that I was not given my answer until 11/9/15 even tho it was handed down to my lawyer of recored Emily miller on the 30th of october. I have proof that County refused to give me the proper paper Work to file the PDr and that my lawyer emily miller stated she could not assit me in filing the paper work However I am in the process of hiring a lawyer so I do ask that it is Concidered I recive the extention

Thank you

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

Respectfully yours
Andrew Ferguson, defendent
TDcJ # 1894883
Cause No - 11-13-00317-CR
DoB - 7-25-95

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk